# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAHARA LOGAN** | : | |
| **BRITTANY PITTS** | : | |
| **OLIVIA D. COTTMAN** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 18-5333** |
| | : | |
| **KIMBERLY DERSTINE** | : | |
| *Individually* | : | |
| *doing business as* | : | |
| **SABEL'S SHOWBAR** | : | |
| **A/K/A GASLIGHT PUB** | : | |
| **A/K/A SABEL'S GASLIGHT PUB,** | : | |
| **ET AL.** | : | |

## ORDER

This 3rd day of December, 2020, it is hereby **ORDERED** that the Clerk shall amend the caption in this case to reflect that it is now brought on behalf of three individual plaintiffs, as set forth above.

Following consideration of the Joint Motion to Approve Settlement Agreement, a settlement based upon the allegations in Plaintiffs' Amended Complaint, ECF 42, it is further **ORDERED** that the settlement is **APPROVED** in accordance with the terms set forth in the Settlement Agreement and General Release submitted for the Court's review. This matter is **DISMISSED** pursuant to Local Rule 41.1 B.

                                                                /s/ Gerald Austin McHugh
                                                            United States District Judge